

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2015

No. 04-14-00792-CV

**BEXAR COUNTY DISTRICT ATTORNEY'S OFFICE**,
Appellant

v.

Frank **HERNANDEZ**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-14755
Honorable Laura Salinas, Judge Presiding

# O R D E R

Appellant's brief in this accelerated appeal was originally due on January 30, 2015. Appellant has been granted one extension of time, until February 19, 2015. On March 4, 2015, appellant's attorney, Mr. Troy Meinke, advised this court that appellant would file a motion to dismiss the appeal by March 5, 2015. Subsequent calls from the Clerk of this court to counsel have not been returned.

It is therefore ORDERED that Mr. Meinke file appellant's brief <u>no later than March 30, 2015</u>. If appellant's brief is not filed by this date, this appeal will be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a).

The Clerk of this court shall cause a copy of this order to be served on Mr. Meinke by certified mail, return receipt requested, and by United States mail.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of March, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court